Juan A. Zapata
1798615 / Telford
3899 State Hwy 98
New Boston, TX 75570

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 2 2015

CHRISTOPHER A. PRINE
CLERK

February 25, 2015

First Court of Appeals
301 Fannin St.
Houston, TX 77002

Re: Court's Records Cost - COA No. 01-12-00666-CR

Styled: Juan Antonio Zapata

v.

The State of Texas

Dear Mr. Prine:

I was convicted and sentenced in the 179th District Court of Harris County cause number 1257504. at this time, I would like for you to provide me with a price including shipping and handling of the above referenced case clerk's records and transcripts.

Please provide me with the cost of each volume as well as the cost of all volumes including any shipping charges.

Please provide me with the cost including shipping of the clerk's records.

If you need to contact me, please do so at the above address.

With kindest regards, I am

very truly yours,

Juan Antonio Zapata
Pro se

1796815 / 1116010
3899 State Hwy 98
New Boston, TX 75570

LEGAL MAIL

SHREVEPORT LA 710

25 FEB 2015 PM 1 L

FOREVER

7700220669P

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin St.
Houston, TX 77002